**Order entered January 30, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00624-CR

**DAVID WARREN JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2100278-R**

### ORDER

Appellant's second motion for extension of time to file appellant's brief is

**GRANTED**, and we **ORDER** appellant's brief filed no later than **FEBRUARY**

**28, 2023**.

/s/ ERIN A. NOWELL
JUSTICE